# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

December 13, 2021

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Boot v. Content IQ,* 1:21-cv-06599 (PGG)

**MEMO ENDORSED**:
The application is granted. The deadline for either party to apply by letter to restore the action is now **January 21, 2022**.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: December 14, 2021

Dear Judge Gardephe:

We represent Plaintiff Adrian Boot in the above-captioned case and write pursuant to Section I.D of the Court's Individual Rules of Practice to respectfully request a thirty-day extension of time to file a Stipulation of Dismissal, or otherwise apply to restore the action.

1) The original deadline is scheduled for December 17, 2021;

2) The parties seek a 30-day adjournment, through January 16, 2022;

3) No previous requests have been made or granted/denied;

4) The reason for the request is that the parties respectfully request more time to complete the settlement transaction.

5) Defendant consents to adjourning the deadline 30 days;

No other dates will be impacted by this request.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*


Liebowitz Law Firm, PLLC